UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DEBARI, et al.,<br>   Plaintiffs,<br>  v.<br>WINIX GLOBAL LLC, et al.,<br>   Defendants. | Case No. 24-cv-06596-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the Initial Case Management Conference held on January 9, 2025, IT IS ORDERED:

I. **CASE MANAGEMENT SCHEDULE**

| | |
|---|---|
| Deadline to Exchange Initial Disclosures: | January 23, 2025 |
| Discovery Begins: | January 23, 2025 |
| Deadline to Move to Amend Pleadings: | January 30, 2025 |
| Fact Discovery Cut-Off: | October 17, 2025 |
| Plaintiffs' Motion for Class Certification: | December 18, 2025 |
| Expert Witness Disclosures: | December 18, 2025 |
| Defendants' Opposition to Class Certification: | February 26, 2026 |
| Rebuttal Expert Witness Disclosures: | February 26, 2026 |
| Plaintiffs' Reply In Support of Class Certification: | April 2, 2026 |
| Hearing on the Motion for Class Certification: | April 16, 2026 |

A further Case Management Conference is scheduled for June 5, 2025 at 1:30 p.m. via Zoom video. An updated Joint Case Management Conference Statement is due May 29, 2025. The Court will be particularly interested in the parties' plans for alternative dispute resolution, including the method for ADR and the optimal timing of ADR.

1    **IT IS SO ORDERED**.

2    Dated: January 9, 2025

3    _____
     JACQUELINE SCOTT CORLEY
4    United States District Judge

*United States District Court*
*Northern District of California*