**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
        lsironski@bursor.com

**SINDERBRAND LAW GROUP, P.C.**
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiffs*

**TUCKER ELLIS LLP**
Matthew I. Kaplan (SBN 177242)
matthew.kaplan@tuckerellis.com
Alexander R. Safyan (SBN 277856)
alexander.safyan@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071-2223
Tel:   213.430.3400
Fax:   213.430.3409

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DEBARI, JULIAN NAVA and TAYLOR-ANNE HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WINIX GLOBAL LLC and WINIX AMERICA, INC.,<br><br>Defendants. | Case No. 3:24-cv-06596-JSC<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE (L.R. 6-2)**<br><br><u>**CLASS ACTION**</u> |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, plaintiffs Cory Debari, Julian Nava, and Taylor-Anne Harris, on behalf of themselves, and all others similarly situated ("Plaintiffs"), and defendants Winix Global LLC and Winix America, Inc. ("Defendants") (together, with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows: |

Pursuant to Civil Local Rule 6-2, plaintiffs Cory Debari, Julian Nava, and Taylor-Anne Harris, on behalf of themselves, and all others similarly situated ("Plaintiffs"), and defendants Winix Global LLC and Winix America, Inc. ("Defendants") (together, with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint against Defendants on September 19, 2024, in the United States District Court for the Northern District of California (Dkt. 1);

WHEREAS, Plaintiffs filed a First Amended Complaint on February 10, 2025 (Dkt. 36);

WHEREAS, Defendants filed their answers and affirmative responses to the FAC on February 24, 2025 (Dkt. 38);

WHEREAS, since then, the Parties have been engaged in discovery and have also met and conferred regarding mediation to resolve this dispute;

WHEREAS, the Parties have agreed to a mediation which has been scheduled for July 7, 2025 with Jill Sperber of Judicate West;

WHEREAS, due to this pending mediation and potential resolution of the dispute, the Parties believe it will serve judicial economy to continue the upcoming case management conference currently scheduled for June 4, 2025 (Dkt. 33) and also continue all other dates in this matter until after the Parties have submit a report summarizing the outcome of the mediation;

WHEREAS, this is the Parties' first request for a modification of the case schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree, by and through their respective counsel and subject to the Court's approval, that the case management conference currently set for June 4, 2025 is stayed until the Parties' have filed a report summarizing the outcome of the July 7, 2025 mediation. All other dates currently set are also continued pending the submission of the mediation report.

**IT IS SO STIPULATED.**

Dated: May 27, 2025                         **BURSOR & FISHER, P.A.**

                                            By: /s/L. Timothy Fisher

                                            L. Timothy Fisher (State Bar No. 191626)
                                            Luke Sironski-White (State Bar No. 348441)

|   |   |
|---|---|
| 1 | 1990 North California Blvd., 9th Floor |
| 2 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 3 | Facsimile: (925) 407-2700 |
|   | E-mail: ltfisher@bursor.com |
| 4 |        lsironski@bursor.com |

**SINDERBRAND LAW GROUP, P.C**.
Greg Sinderbrand (State Bar No. 179586)
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361
Telephone: (818) 370-3912
E-mail: greg@sinderbrandlaw.com

*Attorneys for Plaintiffs*

Dated: May 27, 2025

**TUCKER ELLIS LLP**

By:/s/*Matthew I. Kaplan*

Matthew I. Kaplan (SBN 177242)
matthew.kaplan@tuckerellis.com
Howard A. Kroll (SBN 100981)
howard.kroll@tuckerellis.com
Alexander R. Safyan (SBN 277856)
alexander.safyan@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071-2223
Tel: 213.430.3400
Fax: 213.430.3409

*Attorneys for Defendants*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, L. Timothy Fisher, attest that concurrence in the filing of this **Stipulation And [Proposed] Order Modify Schedule (L.R. 6-2)** has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 27, 2025

**BURSOR & FISHER, P.A.**

By: */s/L. Timothy Fisher*
L. Timothy Fisher (State Bar No. 191626)
*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED that

1. The upcoming case management conference set for June 4, 2025 is CONTINUED pending the submission of a mediation report; and

2. The Parties shall submit a report on the outcome of the July 7, 2025 mediation by July 14, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025     By: _____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE